IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | |
|---|---|
| Maria Imelda Garcia,<br><br>　　　　　　　　　Plaintiff<br><br>　　vs.<br><br>Hiland Partners, LP, Hiland Operating, LLC, and Hiland Partners GP Holdings, LLC,<br><br>　　　　　　　　　Defendants. | Civil No. _____<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL** |

Maria Imelda Garcia ("Garcia"), for her Complaint against the Defendants, states and alleges as follows:

1. This Court has jurisdiction with respect to the above-captioned matter pursuant to 28 U.S.C. § 1332(a) in that the parties are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

2. Garcia is a resident of San Antonia, Bexar County, Texas.

3. Hiland Partners, LP ("Hiland Partners") is duly organized pursuant to the laws of the State of Delaware and has its principal place of business in the State of Oklahoma. At all times material to the allegations in this Complaint, Hiland Partners was registered to do business in the State of North Dakota and was conducting business in the State of North Dakota. Hiland Partners' registered agent for service of process in North Dakota is CT Corporation System, 314 East Thayer Avenue, Bismarck, North Dakota 58501.

4. Hiland Operating, LLC ("Hiland Operating") is a limited liability company duly organized pursuant to the laws of the State of Delaware and has its principal place

of business in the State of Oklahoma. At all times material to the allegations in this Complaint, Hiland Operating was registered to do business in the State of North Dakota and was conducting business in the State of North Dakota. Hiland Operating's registered agent for service of process in North Dakota is CT Corporation System, 314 East Thayer Avenue, Bismarck, North Dakota 58501.

5. Hiland Partners GP Holdings, LLC ("Hiland Holdings") is a limited liability company duly organized pursuant to the laws of the State of Delaware and has its principal place of business in the State of Oklahoma. At all times material to the allegations in this Complaint, Hiland Holdings was registered to do business in the State of North Dakota and was conducting business in the State of North Dakota. Hiland Holdings' registered agent for service of process in North Dakota is CT Corporation System, 314 East Thayer Avenue, Bismarck, North Dakota 58501.

6. At all times material to the allegations in this Complaint, Hiland Holdings was the general partner of Hiland Partners and, in turn, Hiland Partners was the sole member of Hiland Operating, such that Hiland Holdings is vicariously responsible for the acts and omissions of Hiland Partners and Hiland Operating.

7. At all times material to the allegations in this Complaint, Hiland Partners, Hiland Holdings, and Hiland Operating ("Hiland Defendants") owned, operated, maintained, possessed, and/or controlled a natural gas processing facility known as the Watford City Gas Plant in McKenzie County, North Dakota.

8. On or about January 22, 2012, Garcia was employed by Miller Insulation Co., Inc., and, in conjunction with that employment, was authorized by the Hiland Defendants to be on the premises of the Watford City Gas Plant.

9. While carefully carrying out her duties at the Watford City Gas Plant, Garcia fell into a deep hole in the ground that she was not able to see, appreciate, or avoid using reasonable care and prudence. As a result of that fall, Garcia sustained serious injuries to her left foot, left ankle, left hip, and other areas of her body.

10. The Hiland Defendants knew that employees of contractors, such as Garcia, would be on the premises and would be unaware of the hole in the ground. The Hiland Defendants were negligent/at fault by, among other ways, failing to provide a safe place for Garcia to work, leaving an exposed deep hole on the premises, failing to properly warn those in or around the premises about the dangerous condition of the deep hole by use of barricades, signs, lighting, or other warning/protective devices, failing to give notice to Garcia of the dangerous condition on the premises, failing to follow generally-accepted practices with respect to maintaining their property, failing to follow safety rules and regulations promulgated by the Hiland Defendants and others, and in such other ways as will be established at the time of trial.

11. As a proximate result of the negligence/fault of the Hiland Defendants, Garcia fell into the deep hole and sustained serious injuries and substantial damages.

12. As a proximate result of Garcia falling into the deep hole because of the negligence/fault of the Hiland Defendants, Garcia suffered serious and permanent injuries and sustained, and will in the future sustain, medical expenses for her care and treatment, physical and emotional pain and suffering, loss of earning capacity, loss of enjoyment of life, and related losses.

13. Garcia is entitled to recover all economic and non-economic damages as set forth in N.D.C.C. § 32-03.2-04.

WHEREFORE, Garcia requests judgment against each of the Hiland Defendants in an amount in excess of $75,000 and also requests interest, costs and disbursements, and such other and further relief as is just and proper.

Dated: March 12, 2014.

                        MARING WILLIAMS LAW OFFICE, P.C.

                        By: /s/ David S. Maring
                        David S. Maring (03175)
                        Lindsay M. Harris (06870)
                        400 East Broadway, Suite 307
                        P.O. Box 795
                        Bismarck, ND 58502-0795
                        (701) 224-0430
                        dmaring@maringlaw.com
                        lharris@maringlaw.com

and

Clint M. Glenny II
GLENNY LAW FIRM
3123 N.W. Loop 410
San Antonio, TX 78230
(210) 340-3200
cg@glennylaw.com
(To be admitted to practice in the United States District Court for the District of North Dakota.)

and

William D. Crist
CRIST LAW FIRM, PLLC
3123 N.W. Loop 410
San Antonio, TX 78230
(210) 340-3277
bill@thecristlawfirm.com
(To be admitted to practice in the United States District Court for the District of North Dakota.)

Attorneys for Plaintiff

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

Dated: March 12, 2014

        MARING WILLIAMS LAW OFFICE, P.C.

By: _/s/ David S. Maring_
David S. Maring (03175)
Lindsay M. Harris (06870)
400 East Broadway, Suite 307
P.O. Box 795
Bismarck, ND 58502-0795
(701) 224-0430
dmaring@maringlaw.com
lharris@maringlaw.com

and

Clint M. Glenny II
GLENNY LAW FIRM
3123 N.W. Loop 410
San Antonio, TX 78230
(210) 340-3200
cg@glennylaw.com
(To be admitted to practice in the United States District Court for the District of North Dakota.)

and

William D. Crist
CRIST LAW FIRM, PLLC
3123 N.W. Loop 410
San Antonio, TX 78230
(210) 340-3277
bill@thecristlawfirm.com
(To be admitted to practice in the United States District Court for the District of North Dakota.)

Attorneys for Plaintiff

5