**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Maria Imelda Garcia, | ) | |
| | ) | **ORDER ADOPTING STIPULATION** |
| Plaintiff, | ) | **FOR AMENDED SCHEDULING/** |
| | ) | **DISCOVERY PLAN AND** |
| vs. | ) | **CONTINUING FINAL PRETRIAL** |
| | ) | **CONFERENCE AND JURY TRIAL** |
| Hiland Partners, LP; Hiland Operating, | ) | |
| LLC; and Hiland Partners GP Holdings, | ) | |
| LLC; | ) | |
| | ) | Case No. 1:14-cv-031 |
| Defendants. | ) | |

On January 23, 2015, the court held a telephonic status conference to discuss the parties' Stipulation for Amended Scheduling/Discovery Plan (Docket No. 19). During the call, the court set new dates for the dispositive motions deadline, the jury trial, and the final pretrial conference. The remaining discovery deadlines will be extended to the dates proposed in the stipulation. The parties may further modify the discovery deadlines, with the exception of the dispositive motions deadline, by documenting the agreement to extend deadlines amongst themselves or by filing a stipulation or a motion for the court's approval. Any extension of the dispositive motions deadline will require approval by the court and may result in further continuance of the trial.

Accordingly, the court **ADOPTS** the stipulation for Amended Scheduling/Discovery Plan (Docket No. 19) and **ORDERS**:

1. The parties shall have until <u>May 1, 2015</u> to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

1

a. Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.

b. Report to be served on other parties, but not filed with the court.

c. Plaintiff shall have until <u>March 15, 2015</u>, and Defendant shall have until <u>April 15, 2015</u>, to identify the subject matter/discipline of expert witnesses.

d. Plaintiff shall have until <u>April 15, 2015</u>, and Defendant shall have until <u>May 15, 2015</u>, to provide the names of expert witnesses and complete reports under Rule 26(a)(2).

3. The parties shall have until <u>June 15, 2015</u> to complete discovery depositions of expert witnesses.

4. The parties shall have until <u>May 15, 2015</u> to file other nondispositive motions (e.g., consolidation, bifurcation).

5. The parties shall have until <u>August 14, 2015</u> to file other dispositive motions (summary judgment as to all or part of the case).

In addition, the final pretrial conference is reset for December 30, 2015 at 1:30 PM by telephone before Magistrate Judge Miller. The court will initiate the conference call. The jury trial is reset for January 11, 2016 at 9:30 AM in Bismarck Courtroom 1 before Judge Hovland. The trial will be set for five (5) days.

**IT IS SO ORDERED.**

Dated this 23rd day of January, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court