# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Maria Imelda Garcia,<br><br>    Plaintiff,<br><br>vs.<br><br>Hiland Partners, LP, Hiland Operating, LLC, and Hiland Partners GP Holdings, LLC,<br><br>    Defendants. | **ORDER ADOPTING STIPULATION FOR CONTINUANCE OF TRIAL**<br><br>Case No. 1:14-cv-031 |

Before the court is a "Stipulation for Continuance of Trial" filed by the parties on July 26, 2016. Pursuant to its discussion with the parties during status conference held on August 1, 2016, **ADOPTS** the stipulation (Docket No. 28). The jury trial set for October 24, 2016, shall be rescheduled for September 25, 2017, at 1:30 p.m. in Bismarck before Judge Hovland. A ten (10) day trial is anticipated. The final pretrial conference set for October 12, 2016, shall be rescheduled for September 11, 2017, at 1:30 p.m. by telephone before the undersigned. The court shall initiate the conference call. The parties shall have until April 1, 2017, to file dispositive motions (summary judgment as to all or part of the case). All other pretrial deadlines shall be held in suspense pending further order of the court.

**IT IS SO ORDERED.**

Dated this 2nd day of August, 2016.

                                              */s/ Charles S. Miller, Jr.*
                                              Charles S. Miller, Jr., Magistrate Judge
                                              United States District Court