### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

MARIA IMELDA GARCIA                                                          PLAINTIFF

VS.                              1:14-CV-000031-BRW

HILAND PARTNERS, LP, *et al.*                                 DEFENDANTS /
                                                              THIRD-PARTY PLAINTIFFS


OILFIELD CONSTRUCTION
& CONSULTING, *et al.*                        THIRD-PARTY DEFENDANTS

### ORDER

Defendant Oilfield Construction & Consulting's Motion to Continue (Doc. No. 76) is

GRANTED IN PART and DENIED IN PART.  The trial date remains the same -- Monday,

September 25, 2017.

However, Defendant Oilfield Construction & Consulting's will have the following

deadlines:

- Expert witness disclosures must be made by 5 p.m., July 12, 2017.

- The discovery deadline is 5 p.m., Friday, August 11, 2017.[1]

- The dispositive and *Daubert* motions deadline 5 p.m., August 18, 2017.

Based on the fact that the dispositive and *Dabuert* motions deadline is just a few weeks

before trial, it is unlikely that any extensions of time will be granted.  Additionally, all responses

to motions must be filed within 14 days, and replies (when allowed) must be filed within 7 days.

IT IS SO ORDERED this 12th day of May, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1]Plaintiff is expected to cooperate fully in quickly providing Oilfield with discovery responses and scheduling depositions, if necessary.