IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| Maria Imelda Garcia,<br><br>                                  Plaintiff,<br><br>          vs.<br><br>Hiland Partners, LP, Hiland Operating, LLC, and Hiland Partners GP Holdings, LLC and Oilfield Construction & Consulting, LLC,<br><br>                                  Defendants.<br><br>Hiland Partners, LP, Hiland Operating, LLC, and Hiland Partners GP Holdings, LLC,<br><br>                         Third-Party Plaintiffs,<br><br>          vs.<br><br>Oilfield Construction & Consulting, LLC,<br><br>                         Third-Party Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No.  1:14-CV-00031-CSM<br><br><br><br>**JOINT MOTION TO DISMISS** |

IT IS HEREBY AGREED by and between the parties, through their respective counsel, that all claims are hereby dismissed in their entirety, with prejudice and without costs to any party.

**MARING WILLIAMS LAW OFFICE, P.C.**

Dated:   06/08/2017

By:    /s/ Lindsay M. Wilz
         Lindsay M. Wilz (06870)
         David S. Maring (03175)
         1661 Capitol Way, Suite 103LL
         Bismarck, ND 58501
         (701) 224-0430
         lwilz@maringlaw.com
         dmaring@maringlaw.com

CRIST LAW FIRM, PLLC
    William D. Crist
    3123 N.W. Loop 410
    San Antonio, TX 78230
    bill@thecristlawfirm.com

GLENNY LAW FIRM
    Clint M. Glenny, II
    3123 N.W. Loop 410
    San Antonio, TX 78230
    cg@glennylaw.com

ATTORNEYS FOR PLAINTIFF


**FISHER BREN & SHERIDAN, LLP**


Dated:  <u>06/08/2017</u>        <u>/s/ Troy A. Wolf</u>
Troy A. Wolf (05792)
Tyler S. Carlson (06948)
Corey J. Quinton (05342)
3137 32nd Avenue South, Suite 212
Fargo, ND 58103
twolf@fisherbren.com
tcarlson@fisherbren.com
cquinton@fisherbren.com
(701) 205-4242
ATTORNEYS FOR DEFENDANTS AND
THIRD-PARTY PLAINTIFFS

**VOGEL LAW FIRM**


Dated:  <u>06/08/2017</u>        <u>/s/ M. Daniel Vogel</u>
M. Daniel Vogel (03198)
Robert B. Stock (05919)
Jordan B. Weir (07852)
P.O. Box 1389
Fargo, ND 58107-1389
(701) 237-6983
dvogel@vogellaw.com
rstock@vogellaw.com
jweir@vogellaw.com
ATTORNEYS FOR THIRD-PARTY
DEFENDANT OILFIELD CONSTRUCTION &
CONSULTING, LLC

2